Victor M. Arroyo #10288-067
P.O. Box 1000
White Deer PA. 17887
L.S.C.I. Allenwood

October 27, 2005

United States District Court
Middle District of Pennsylvania
Clerk of The Court
P.O. Box 868
Harrisburg Pennsylvania 17108-0868

Re: United States v. Victor M. Arroyo
True Name: Yusef Ali Ibrahim  Case No. 1:CR 00294
and 1:00 CR-294-01

Dear Sir/Madam:

I would like to request a copy of the Docket Report in concerns to the action brought against me under case No. 1:CR 00-294 and case No. 1:00 CR-294-01

At this time I would also like to acquire a copy of my sentencing transcripts in concerns the above docket/case number. Any information that you can divulge in concerns the obtainment of such transcripts would be highly appreciated. Thank you for your time and consideration.

Respectfully Submitted
Victor M. Arroyo AKA Yusef Ali Ibrahim