IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:00-CR-00294-01 |
| | : | |
| v. | : | (Judge Rambo) |
| | : | |
| VICTOR MANUEL ARROYO, JR. | : | (Electronically Filed) |

## CERTIFICATE OF CONCURRENCE

I, James V. Wade of the Federal Public Defender's Office, do hereby certify that Acting United States Attorney Martin C. Carlson, Esquire, concurs in the foregoing Emergency Motion for Relief Under 18 U.S.C. § 3582(c)(2) to the extent that Mr. Arroyo is entitled to relief. The United States intends to file a separate response outlining the extent of their concurrence.

Date: February 14, 2008

s/ James V. Wade
JAMES V. WADE, ESQUIRE
Federal Public Defender
Attorney ID #PA33352
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-2237
Fax No. (717) 782-3881
<James_Wade@fd.org>
Attorney for Victor Manuel Arroyo