IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:00-CR-00294-01 |
| | : | |
| v. | : | (Judge Rambo) |
| | : | |
| VICTOR MANUEL ARROYO, JR. | : | (Electronically Filed) |

### ORDER OF COURT

**AND NOW** this ____ day of _____, 2008, upon consideration of the defendant's Emergency Motion for Relief Under 18 § 3582(c)(2),

**IT IS HEREBY ORDERED** that this motion is **GRANTED**.

The defendant's sentence is amended to time served effective March 3, 2008. All other aspects of the original judgment imposed on October 11, 2001, remain in effect.

BY THE COURT:

_____
SYLVIA H. RAMBO
UNITED STATES DISTRICT JUDGE