IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**   :   **CRIMINAL NO. 1: CR-00-294**
:
**v.**   :
:
**VICTOR MANUEL ARROYO, JR.**   :

## **O R D E R**

**IT IS HEREBY ORDERED THAT** the Government shall respond to Defendant's Emergency Motion for Relief Under 18 U.S.C. § 3582(c)(2) no later than February 22, 2008.

                                                              s/Sylvia H. Rambo
                                                           SYLVIA H. RAMBO
                                                       United States District Judge

Dated: February 15, 2008.