IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:00-CR-00294-01 |
| v. | : | (Judge Rambo) |
| VICTOR MANUEL ARROYO, JR. | : | (Electronically Filed) |

### SUPPLEMENT TO EMERGENCY MOTION FOR RELIEF UNDER 18 U.S.C. § 3582(c)

AND NOW comes Victor Manuel Arroyo, Jr., by his attorney, James V. Wade, of the Federal Public Defenders Office, and files this Supplement to the Emergency Motion for Relief Under 18 U.S.C. § 3582(c). In support thereof, it is averred as follows:

1. I, Victor Manuel Arroyo, Jr., have reviewed a draft of the Emergency Motion for Relief.

2. I consent to a time served disposition.

3. I waive my personal appearance before the United States District Court for the Middle District of Pennsylvania in connection with a reduction of sentence pursuant to 18 U.S.C. § 3582 (c).

4. I consent to the District Court entering an Order without my presence

before the court.

5. While I do not believe it is necessary I am willing to appear by video conference should the court desire to do so.

6. I do not know whether my facility offers video conferencing.

Dated: 2/15/08

_____
Victor Manuel Arroyo, Jr.