OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS

RETURN TO SENDER NEEDS INMATE ID



RECEIVED
FEB 26 2008
DEPUTY CLERK

NIXIE        176   DE  1       OO  02/25/08
              RETURN TO SENDER
              INSUFFICIENT ADDRESS
              UNABLE TO FORWARD

BC: 17108098363        *0119-02304-15-39

Case No: 1:00-cr-00294-SHR   Document No: 39, User: ma, 1 Copy Printed: Feb, 15, 2008 11:45 AM

Victor Manuel Arroyo
SCI-F
SCI at Frackville
1111 Altamount Blvd.
Frackville, PA 17931-2699

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIMINAL NO. 1: CR-00-294

v. :

VICTOR MANUEL ARROYO, JR. :

## ORDER

**IT IS HEREBY ORDERED THAT** the Government shall respond to Defendant's Emergency Motion for Relief Under 18 U.S.C. § 3582(c)(2) no later than February 22, 2008.

                                              s/Sylvia H. Rambo
                                              SYLVIA H. RAMBO
                                              United States District Judge

Dated: February 15, 2008.